**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

---

No. 1:26-cv-02656

---

**Tedros Mahari,**
*Petitioner,*

v.

**Todd Blanche, et al.,**
*Respondents.*

---

## ORDER

On October 19, 2026, Petitioner Tedros Mahari filed a motion to dismiss without prejudice. The Court construes the Plaintiff's document as a motion made under FED. R. CIV. P. 41(a)(2). The Court finds the terms of dismissal proper. There are no counterclaims or crossclaims that prevent dismissal. *See id*. Therefore, the Court GRANTS the motion. The above numbered case is dismissed without prejudice.

The clerk of the court is directed to close the case.

*So ordered by the Court on October 21, 2026.*



ANDREW DAVIS
United States District Judge